UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EHSAMUDIN ALIZADA,
                    Plaintiff,

        v.

TODD BLANCHE, Acting Attorney
General of the United States, et al.,
                    Defendants.

CASE NO. 2:26-cv-02093-TL

ORDER ON APPLICATION TO
PROCEED IN FORMA PAUPERIS

This matter is before the Court on Petitioner's application to proceed *In Forma Pauperis*. Dkt. No. 8. The Court GRANTS the motion under 28 U.S.C § 1915(a)(1).

Dated this 18th day of June, 2026.

Tana Lin
United States District Judge

ORDER ON APPLICATION TO PROCEED IN FORMA PAUPERIS – 1