UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EHSAMUDIN ALIZADA,

Petitioner,

v.

TODD BLANCHE, Acting Attorney
General of the United States, et al.,

Respondents.

CASE NO. 2:26-cv-02093-TL

ORDER ON MOTION FOR
APPOINTMENT OF COUNSEL

This is a federal habeas action filed under 28 U.S.C. § 2241. Petitioner has filed a motion seeking appointment of counsel in this matter. Dkt. No. 4. The Court, having considered Petitioner's motion, his financial eligibility, and the balance of the record, GRANTS the motion.

In his motion Petitioner indicates that "[m]any other ICE detainees are or will be raising similar habeas challenges against Respondents" (Dkt. No. 4 at 1), and that assertion indicates to the Court that this case likely falls within the class of cases potentially governed by *Zadvydas v. Davis*, 533 U.S. 678 (2001). Because of the complex issues involved in this case, the interests of

ORDER ON MOTION FOR APPOINTMENT OF COUNSEL – 1

justice require that counsel be appointed for Petitioner. *See* 18 U.S.C. § 3006A(a)(2)(B). As required by statute, Petitioner has demonstrated financial eligibility for such appointment through his application to proceed *in forma pauperis* and supporting documentation. *See* Dkt. No. 8 (Application to Proceed IFP).

Accordingly, Petitioner's request for appointment of counsel is GRANTED. Assistant Federal Public Defender Colleen P. Fitzharris is APPOINTED to represent Petitioner.

Dated this 18th day of June, 2026.

Tana Lin
United States District Judge

ORDER ON MOTION FOR APPOINTMENT OF COUNSEL – 2